1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )   No. CR 08-  **08-00970**
                                    )
11                  Plaintiff,      )   I N F O R M A T I O N
                                    )
12             v.                   )   [18 U.S.C. § 924(a)(1)(A):
                                    )   False Statements Regarding
13   ELIZABETH ANN VIRGILIO,        )   Federal Firearms Licensee
                                    )   Records]
14                  Defendant.      )
                                    )
15   _____)

16

17        The United States Attorney charges:

18              [18 U.S.C. § 924(a)(1)(A)]

19        On or about January 24, 2007, in Los Angeles County, within

20   the Central District of California, defendant ELIZABETH ANN

21   VIRGILIO ("VIRGILIO") knowingly made a false statement and

22   representation with respect to information required by the

23   provisions of Chapter 44 of Title 18, United States Code, to be

24   kept in the records of Rabensar Inc., dba Boulevard Sales and

25   Service, located at 1316 Long Beach Boulevard, Compton,

26   California, a federal firearms licensee under the provisions of

27   Chapter 44 of Title 18, United States Code, in that defendant did

28   execute and maintain in the records of Rabensar, Inc., dba



1  Boulevard Sales and Service, a Bureau of Alcohol, Tobacco,

2  Firearms and Explosives Form 4473 Firearms Transaction Record

3  that claimed that VIRGILIO was the actual transferor of the

4  firearm listed on the Form 4473 Firearms Transaction Record, to

5  wit, a Hi-Point model CF380 .380 caliber pistol, bearing serial

6  number P913596, whereas, in truth and in fact, VIRGILIO was not

7  the actual transferor of the firearm.

8

9

10  THOMAS P. O'BRIEN
    United States Attorney

11

12

13  DANIEL S. GOODMAN
    Assistant United States Attorney

14  Acting Chief, Criminal Division

15

16  ROBERT E. DUGDALE
    Assistant United States Attorney

17  Chief, Violent & Organized Crime Section

18

19  ELIZABETH R. YANG
    Assistant United States Attorney

20  Deputy Chief, Violent & Organized Crime
    Section

21

22

23  SHAWN J. NELSON
    Special Assistant United States Attorney

24  Violent & Organized Crime Section

25

26

27

28

2